

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Game, Fish & Oyster Commission
Austin, Texas

Gentlemen:                    Attention: Wm. J. Tucker

Opinion No. O-4795
Re: May more than two collared
peccary or javelinas be kill-
ed and possessed in Webb, Starr
and Zapata Counties at any
time?

From your letter of recent date we quote the follow-
ing:

"Section 1 of House Bill 884, Regular Session
46th Legislature, as amended by House Bill 1109,
Regular Session 46th Legislature, and further a-
mended by House Bill 954, Regular Session of the
47th Legislature, declares collared peccary, com-
monly called javelina, to be a game animal.

"This section provides further that it shall
be unlawful to take, capture, shoot, or kill any
collared peccary or javelina at any time except
during the open season for taking same, which
shall be during the period November 16 to Jan-
uary 1 of each year, and it shall be unlawful
for any person to take in any one season more
than two collared peccary or javelinas.

"Section 1 also provides that it shall be
unlawful to possess for the purpose of barter or
sale, or to sell or offer for sale, any collared
peccary or javelina or any part of the same.

"Section 1a of this statute provides that
it shall be lawful to take, capture, shoot, or
kill collared peccary or javelina in the Counties
of Webb, Starr and Zapata at any time.

Game, Fish & Oyster Commission, Page 2

"Please advise us at your earliest conven-
ience whether or not more than two collared
peccary or javelinas may be killed and possessed
in Webb, Starr, and Zapata counties at any time."
(Emphasis ours)

The legislation referred to in your letter has been
printed in Vernon's Annotated Penal Code, as Articles 879g-2,
879g-2a and 879g-3. The amendatory act created a new section
and in effect withdrew the protection of the law as to col-
lared peccary or javelina in Webb, Starr and Zapata Counties,
with the important exception that such game must not be sold,
bartered, taken or possessed for the purpose of sale within
such counties. We quote:

"Art. 879g-2a. Provided however, that it
shall be lawful to take, capture, shoot, or kill
Collared Peccary or Javelina in the counties of
Webb, Starr, and Zapata, Texas, at any time, and
an open season for Collared Peccary or Javelina
in such counties is hereby declared. Provided
further, that it shall be unlawful in such coun-
ties to have or take any Collared Peccary or
Javelina, or any part of the same, in possession
for the purpose of barter or sale, or to sell or
to offer for sale any Collared Peccary or Jave-
lina, or any part of same, and any person vio-
lating the provisions of this Act shall be guilty
of a misdemeanor and upon conviction shall be
fined in a sum of not less than Ten Dollars
($10) nor more than Fifty Dollars ($50), and
each Collared Peccary or Javelina, or part there-
of, taken or possessed or offered for sale or
possessed for the purpose of sale, or sold, in
violation of this Act shall constitute a separate
offense."

It is our opinion that the bag limit prescribed in
the original act does not apply to Webb, Starr and Zapata
Counties, but that any number of collared peccary or javelinas
may be killed and possessed in such counties, so long as none
are sold, bartered, offered for sale or possessed for the
purpose of sale, or barter.

Yours very truly

APPROVED SEP 4, 1942

*(signature)*

ATTORNEY GENERAL OF TEXAS

BW:GO

ATTORNEY GENERAL OF TEXAS

By *(signature)*
Benjamin Woodall
Assistant

*(stamp: APPROVED OPINION COMMITTEE BY ___ CHAIRMAN)*